**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **Plaintiff,** | : | **Case No: 2:23-CR-188** |
| **v.** | : | |
| | : | **JUDGE SARAH MORRISON** |
| | : | |
| **STEPHEN CHINN,** | : | |
| **Defendant.** | | |

## MOTION TO CONTINUE TRIAL DATE

Now come the Defendant, Stephen Chinn, by and through undersigned counsel, and respectfully requests that the Court continue the Trial Date in this matter, currently scheduled for March 11, 2024.

Pursuant to 18 USC section 3161(h)(7)(A) and (B)(iv) undersigned counsel submits that the instant Motion would serve the interest of justice, and that the time would be excludable pursuant to 18 USC section 3161(h) (7)(A) and (B) (iv).

Counsel for the Government, AUSA Emily Czerniejewski do not opposed to this motion.

Respectfully submitted,

/s/ *Larry W. Thomas*
LARRY W. THOMAS 0037851
98 Hamilton Park
Columbus, Ohio 43203
(614) 252-8788
Attorney for Defendant

## MEMORANDUM IN SUPPORT

Stephen Chinn was Indicted on September 20, 2023. He was arraigned by this Court on September 25, 2023. Even though Counsel for Defendant has viewed numerous amounts of discovery in this case, Counsel is not prepared to go to trial. The interest of justice requires that

Counsel to explore all the possible defenses in this matter and attempt to negotiate the best resolution for the Defendant.

Because of Counsel's prior commitments, Two Jury trials and two Major Holidays, it has been impossible to explore all the possible defenses and relay the information to Mr. Chinn. It has also been very difficult to have meaningful communication (Nature of these charges) with the Defendant because he is incarcerated at Northwest Correctional in Styker County which is an 3 &1/2 hour drive each way.

## CERTIFICATE OF SERVICE

A true copy of the foregoing Motion for Continuance was electronically filed and served on all parties this 25th January, 2024.

/s/Larry W. Thomas
Larry W. Thomas